IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JON BURNIGHT,

     Petitioner,             No. CIV S-05-2019 MCE GGH P

  vs.

T. CAREY, et al.,

     Respondent.          <u>ORDER</u>

_____/

        In light of the Ninth Circuit's recent decision in <u>Hayward v. Marshall</u>, ___ F.3d ___, 2008 WL 43716 (9th Cir. Jan. 3, 2008), IT IS HEREBY ORDERED that the October 30, 2007, findings and recommendations are withdrawn.

DATED: 01/15/08

                        /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

burn2019.vac